In the Matter of the Accounting of THOMAS W. LAMONT et al., as Executors of EDGAR MILLS, Deceased, Appellants.

WILLIAM J. O'SHEA, JR., Special Guardian for IAN M. BRACKENBURY et al., Respondent.

(Argued November 20, 1933; decided December 5, 1933.)

*Henry A. Stickney* and *William H. Thitchener* for appellants.

*Harrison Tweed* and *Thomas A. Ryan, amici curiæ.* *William J. O'Shea, Jr.,* in person, and *Edward D. Burns* for respondent.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.